# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:21-mj-00016-JCF**
**USA v. Santillan**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Open Court on 08/23/2021.

TIME COURT COMMENCED: 1:20 P.M.
TIME COURT CONCLUDED: 1:30 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Gainesville

TAPE NUMBER: FTR
USPO: Benjamin Heath
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Blas Santillan Present at proceedings |
| ATTORNEY(S) PRESENT: | Jennifer Keen representing USA<br>** AFPD Nicole Kaplan representing Blas Santillan |
| PROCEEDING CATEGORY: | Bond Hearing; Initial Appearance; |
| PLEADINGS FILED IN COURT: | Financial Affidavit; Waiver of Removal Proceedings |
| MINUTE TEXT: | Removal Initial Appearance held; AFPD Nicole Kaplan appointed; Deft. waives his right to an identity hearing; Bond hearing held; Deft. released on an OR bond with standard and special conditions of release; Deft. to appear for his initial appearance in the District of Columbia on 8/30/21 at 1:00 p.m. via Zoom. |