UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| | : | CRIMINAL CASE |
| vs | : | NO.: 2:21-MJ-16-JCF |
| | : | |
| BLAS SANTILLAN | : | |

# ORDER APPOINTING COUNSEL

## NICOLE KAPLAN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.** is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Gainesville, Georgia this 23rd day of August, 2021.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge